AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JONATHAN J. JAEGER

V.

UNITED STATES

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00625

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 04/3/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

JONATHAN J. JAEGER
7 BLUE COAT LANE
WESTPORT, CT.
06880

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
_____
CLERK

APR - 3 2006
_____
DATE

FILED
MAY - 1 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

M. Higgins
_____
(By) DEPUTY CLERK

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1820 0003 6844 9142

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.36 .

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____       04/25/2006
Jonathan J. Jaeger                            Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kenneth L Wainstein
   United States Attorney
   501 3RD ST N.W.
   Washington D.C.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _[signature]_     APR 17 2006

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0003 6844 9142

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzales
   United States Attorney General
   950 Pennsylvania Ave N.W.
   Washington D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _[signature]_     APR 18 2006

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0003 6844 9135

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540