UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JONATHAN J. JAEGER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 06-625 (JDB)

### ORDER DIRECTING PLAINTIFF TO SHOW CAUSE

This action is one of more than fifty cases in which dozens of individuals across the nation have submitted (in a pro se capacity) boilerplate filings to this Court, asserting that they are entitled to damages pursuant to the Taxpayer Bill of Rights ("TBOR") for alleged misconduct by the Internal Revenue Service ("IRS") in the collection of taxes. See 26 U.S.C. § 7433. In other cases, a recurring pattern has been a failure by the plaintiffs to exhaust their administrative remedies pursuant to 26 C.F.R. § 301.7433-1 before filing suit in this Court. See, e.g., Masterson v. United States, Civil Action No. 05-1807 (D.D.C. April 26, 2006) (Memorandum Opinion); Turner v. United States, Civil Action No. 05-1716 (D.D.C. Apr. 24, 2006); Pierce v. United States, Civil Action No. 06-0320 (D.D.C. Mar. 31, 2006); Koerner v. United States, Civil Action No. 06-0024 (D.D.C. Mar. 31, 2006). The plaintiff in this case has filed a complaint that is, in all relevant respects, indistinguishable from those filed by the plaintiffs in earlier cases, and that complaint fails to explain how plaintiff has complied with the procedures set forth in § 301.7433-1 and reiterated in cases like Masterson, Civil Action No. 05-1807, and Turner, Civil Action No. 05-1716. Accordingly, it is this third day of May, 2006, hereby

**ORDERED** that plaintiff shall, by not later than May 25, 2006, submit a Memorandum to show cause why the Court should not dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted due to a failure to exhaust administrative remedies.

**SO ORDERED.**

/s/ John D. Bates<br>
JOHN D. BATES<br>
United States District Judge

*Copies to:*

JONATHAN J. JAEGER
7 Blue Coat Lane
Westport, CT 06880
203-454-0690
   *Plaintiff pro se*