UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JONATHAN J. JAEGER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 06-625 (JDB)

## ORDER

Upon consideration of plaintiff's response to this Court's Order to show cause why this action should not be dismissed for failure to exhaust administrative remedies, applicable law, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this twenty-fourth day of May, 2006, hereby

ORDERED that this action is DISMISSED for failure to state a claim upon which relief may be granted.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

*Copies to:*

JONATHAN J. JAEGER
7 Blue Coat Lane
Westport, CT 06880
203-454-0690
  *Plaintiff pro se*